SUZANNE I. PRICE (State Bar No. 120984)
IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811
ifellerman@wprlaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEYANNE BYRD, <br><br> Plaintiff, <br><br> v. <br><br> SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN; TOBY OLSEN; IRENE MARIANI; FRANCES KENNEDY; SCOTT BESEDA; CHERI BRANNON; SHERI MCCONNELL; KIM TURNER; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: C 08 4387 EMC <br><br> STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT ; ORDER |

It is hereby stipulated and agreed by Plaintiff Sheyanne Byrd and Defendants Superior Court of California, County of Marin, Irene Mariani, Frances Kennedy, Scott Beseda, Cheri Brannon, Sheri McConnell and Kim Turner, through their respective counsel, that Defendants shall have an extension of time through and including November 20, 2008 to file a responsive pleading to the Complaint in the above-referenced action.

Date: October 24, 2008

KAHN, BROWN & POORE LLP

By: _____
DAVID M. POORE

Attorneys for Plaintiff
SHEYANNE BYRD

---

Wiley Price & Radulovich, LLP

Stipulation To Extend Time For Defendants To Respond To Complaint

1

Case No. C 08 4387

| | | |
|---|---|---|
| 1 | Date: October 24, 2008 | WILEY, PRICE & RADULOVICH, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | IAN P. FELLERMAN |
| 5 | | Attorneys for Defendants<br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF MARIN; IRENE MARIANI; |
| 6 | | FRANCES KENNEDY; SCOTT BESEDA;<br>CHERI BRANNON; SHERI MCCONNELL;<br>AND KIM TURNER |
| 7 | | |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing pursuant to California Code of Civil Procedure §1013(e). The transmitting fax machine complies with California Code of Civil Procedure §1013(e).

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below pursuant to California Code of Civil Procedure §1011.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below pursuant to California Code of Civil Procedure §1013(c). A copy of the consignment slip is attached to this proof of service.

David M. Poore
Kahn, Brown & Poore LLP
110 Kentucky Street
Petaluma, CA 94952

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed October 24, 2008 at Alameda, California.

Kathy Jenkins

Wiley Price &
Radulovich, LLP

Case No. C 08 4387