1  DAVID M. POORE
   KAHN, BROWN & POORE LLP
2  110 Kentucky Street
   Petaluma, CA  94952
3   (707) 763-7100
   FAX (707) 763-7180
4  Attorneys for Plaintiff
   SHEYANNE BYRD
5

6  IAN P. FELLERMAN (State Bar No. 119725)
   JOAN PUGH NEWMAN (State Bar No. 148562)
7  WILEY PRICE & RADULOVICH, LLP
   1301 Marina Village Parkway, Suite 310
8  Alameda, California 94501
   (510) 337-2810
9  FAX (510) 337-2811
   Attorneys for Defendants
10 SUPERIOR COURT OF CALIFORNIA,
   COUNTY OF MARIN; IRENE MARIANI;
11 FRANCES KENNEDY; SCOTT BESEDA;
   CHERI BRANNON; SHERI MCCONNELL;
12 and KIM TURNER

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 SHEYANNE BYRD,                          | Case No.:  C 08 4387 MHP

17           Plaintiff,                    | **STIPULATION CONTINUING CASE**
                                           | **MANAGEMENT CONFERENCE;**
18     v.                                  | **EXTENDING TIME TO SERVE INITIAL**
                                           | **DISCLOSURES; AND EXTENDING TIME**
19 SUPERIOR COURT OF CALIFORNIA,           | **TO FILE JOINT CASE MANAGEMENT**
   COUNTY OF MARIN; TOBY OLSEN;            | **CONFERENCE STATEMENT AND RULE**
   IRENE MARIANI; FRANCES KENNEDY;         | **26(f) REPORT; AND** ~~PROPOSED~~
20 SCOTT BESEDA; CHERI BRANNON;            | **ORDER**
   SHERI MCCONNELL; KIM TURNER; and
21 DOES 1 through 50, inclusive,

22           Defendants.

23

24     IT IS HEREBY STIPULATED AND AGREED by Plaintiff Sheyanne Byrd and

25 Defendants, through their respective counsel of record, that:  (i) the Case Management

26 Conference be continued to a date after the February 9, 2009 hearing on Defendants' Motion to

27 Dismiss the First Amended Complaint; and (ii) the deadline for serving Initial Disclosures, filing

28 a Joint Case Management Statement and filing a Rule 26(f) Report be extended until 10 days

                                          1

1  prior to the rescheduled Case Management Conference date.  The parties request the above-
2  referenced continuance and extension because Defendants' Motion to Dismiss the First
3  Amended Complaint will be scheduled for hearing on February 9, 2009, and the parties want to
4  know what claims – if any – will be at issue prior to serving their Initial Disclosures, filing the
5  Joint Case Management Conference Statement, and filing a Rule 26(f) report.

Date: December 19, 2008                                KAHN, BROWN & POORE LLP


By: _____/s/_____
                DAVID M. POORE

Attorneys for Plaintiff
SHEYANNE BYRD


Date: December 19, 2008                                WILEY, PRICE & RADULOVICH, LLP


By: _____/s/_____
                IAN P. FELLERMAN
                JOAN PUGH NEWMAN

Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF MARIN; IRENE MARIANI;
FRANCES KENNEDY; SCOTT BESEDA;
CHERI BRANNON; SHERI MCCONNELL;
AND KIM TURNER

2

Wiley Price & Radulovich, LLP | Stip. Continuing CMC; Extending Time to Serve Initial Disclosures; and Extending Time to File Jt. CMC | Case No. C 08 4387 MHP  E-filing

# **ORDER**

Based on the parties' Stipulation, and for good cause showing, IT IS HEREBY ORDERED that: (i) the Case Management Conference is continued from January 5, 2009 to March 16, 2009 at 4:00 p.m. ~~February __, 2009~~; and (ii) the deadline for the parties to serve Initial Disclosures, file a Joint Case Management Conference Statement and file a Rule 26(f) Report shall be 10 days prior to the new Case Management Conference date.

Date: December 22, 2008

By: _____
Hon. Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: United States District Court, Northern District of California)

Wiley Price & Radulovich, LLP

Stip. Continuing CMC; Extending Time to Serve Initial Disclosures; and Extending Time to File Jt. CMC

Case No. C 08 4387 MHP
E-filing

# PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
EXTENDING TIME TO SERVE INITIAL DISCLOSURES;
AND EXTENDING TIME TO FILE JOINT CASE MANAGEMENT
CONFERENCE STATEMENT AND RULE 26(f) REPORT; AND PROPOSED ORDER**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing pursuant to California Code of Civil Procedure §1013(e). The transmitting fax machine complies with California Code of Civil Procedure §1013(e).

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below pursuant to California Code of Civil Procedure §1011.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below pursuant to California Code of Civil Procedure §1013I. A copy of the consignment slip is attached to this proof of service.

David M. Poore
Kahn, Brown & Poore LLP
110 Kentucky Street
Petaluma, CA  94952
Tel. No.:  (707) 763-7100
Fax No.:  (707) 763-7180

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed December 19, 2008 at Alameda, California.

/s/
Eileen O'Rourke