1  IAN P. FELLERMAN (State Bar No. 119725)
   JOAN PUGH NEWMAN (State Bar No. 148562)
2  WILEY PRICE & RADULOVICH, LLP
   1301 Marina Village Parkway, Suite 310
3  Alameda, California 94501
   (510) 337-2810
4  FAX (510) 337-2811
   ifellerman@wprlaw.com
5
   Attorneys for Defendants
6  SUPERIOR COURT OF CALIFORNIA,
   COUNTY OF MARIN; IRENE MARIANI;
7  FRANCES KENNEDY; SCOTT BESEDA;
   CHERI BRANNON; SHERI MCCONNELL;
8  and KIM TURNER

9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14
   SHEYANNE BYRD,                        Case No.: C 08 4387 MHP
15
              Plaintiff,                 STIPULATION REGARDING
16                                       MEDIATION DATE; AND ~~PROPOSED~~
       v.                                ORDER
17
   SUPERIOR COURT OF CALIFORNIA,
18 COUNTY OF MARIN; TOBY OLSEN;
   IRENE MARIANI; FRANCES KENNEDY;
19 SCOTT BESEDA; CHERI BRANNON;
   SHERI MCCONNELL; KIM TURNER; and
20 DOES 1 through 50, inclusive,

21            Defendants.

22

23     IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective

24 counsel of record, that the mediation in this case shall occur on April 9, 2009. This Stipulation is

25 made on the grounds that: (i) the parties' Initial Disclosures are not due until March 6, 2009; (ii)

26 the parties need to exchange their Initial Disclosures and Defendants then need to depose

27 Plaintiff to have a meaningful mediation; (iii) the first available date for Plaintiff's deposition

28 following the exchange of Initial Disclosures is March 25, 2009; and (iv) the assigned mediator,

1  Nancy Foster, agrees that it would be appropriate to hold the mediation on April 9, 2009.
2  Accordingly, the parties respectfully request that the March 17, 2009 mediation deadline be
3  extended to April 9, 2009.

WILEY, PRICE & RADULOVICH, LLP

Date: February 11, 2009                By: _____/s/_____
                                           IAN P. FELLERMAN
                                           JOAN PUGH NEWMAN

Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF MARIN; IRENE MARIANI;
FRANCES KENNEDY; SCOTT BESEDA;
CHERI BRANNON; SHERI MCCONNELL;
AND KIM TURNER

KAHN, BROWN & POORE LLP

Date: February 11, 2009                By: _____/s/_____
                                           DAVID M. POORE

Attorneys for Plaintiff
SHEYANNE BYRD

## ORDER

Based on the parties' Stipulation, and for good cause showing, IT IS HEREBY ORDERED that the parties' mediation shall occur on April 9, 2009.

Date: February 19, 2009

By: _____
    United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION REGARDING MEDITION DATE; AND PROPOSED ORDER**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing pursuant to California Code of Civil Procedure §1013(e). The transmitting fax machine complies with California Code of Civil Procedure §1013(e).

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below pursuant to California Code of Civil Procedure §1011.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below pursuant to California Code of Civil Procedure §10131. A copy of the consignment slip is attached to this proof of service.

David M. Poore
Kahn, Brown & Poore LLP
110 Kentucky Street
Petaluma, CA 94952
Tel. No.: (707) 763-7100
Fax No.: (707) 763-7180

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed February 17, 2009 at Alameda, California.

/s/
Eileen O'Rourke