DAVID M. POORE
KAHN, BROWN & POORE LLP
30 Fifth Street, Second Floor
Petaluma, CA 94952
Tel. No.: (707) 763-7100
Fax No.: (707) 763-7180

Attorneys for Plaintiff
SHEYANNE BYRD

IAN P. FELLERMAN (State Bar No. 119725)
JOAN PUGH NEWMAN (State Bar No. 148562)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811
ifellerman@wprlaw.com

Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF MARIN; IRENE MARIANI;
FRANCES KENNEDY; SCOTT BESEDA;
CHERI BRANNON; SHERI MCCONNELL;
and KIM TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEYANNE BYRD,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF MARIN; TOBY OLSEN;<br>IRENE MARIANI; FRANCES KENNEDY;<br>SCOTT BESEDA; CHERI BRANNON;<br>SHERI MCCONNELL; KIM TURNER; and<br>DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: C 08 4387 MHP<br><br>STIPULATION TO DISMISS ACTION<br>WITH PREJUDICE; AND [PROPOSED]<br>ORDER |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Sheyanne Byrd and Defendants Superior Court of California, County of Marin, Irene Mariani, Frances Kennedy, Scott Beseda, Cheri Brannon, Sheri McConnell and Kim Turner, through their respective counsel

1

of record, that Plaintiff's First Amended Complaint shall be dismissed with prejudice and each party shall pay its own costs and attorney's fees, pursuant to the settlement agreement between the parties.

Date: July 23, 2009

KAHN, BROWN & POORE LLP

By: _____/s/_____
DAVID M. POORE

Attorneys for Plaintiff
SHEYANNE BYRD

Date:  July 23, 2009

WILEY PRICE & RADULOVICH, LLP

By: _____/s/_____
IAN P. FELLERMAN
JOAN PUGH NEWMAN

Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF MARIN; IRENE MARIANI;
FRANCES KENNEDY; SCOTT BESEDA;
CHERI BRANNON; SHERI MCCONNELL;
AND KIM TURNER

## ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint is dismissed with prejudice and each party shall pay its own costs and attorney's fees.

Date: __9/10_____, 2009

By: _____
Judge



IT IS SO ORDERED
Judge Marilyn H. Patel

# PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION TO DISMISS ACTION WITH PREJUDICE; AND [PROPOSED] ORDER**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing.

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below. I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

David M. Poore
Kahn, Brown & Poore LLP
30 Fifth Street, Second Floor
Petaluma, CA 94952
Tel. No.: (707) 763-7100
Fax No.: (707) 763-7180

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on September 9, 2009 at Alameda, California.

/s/
Eileen O'Rourke

Wiley Price & Radulovich, LLP

Proof of Service

Case No. C 08 4387 MHP
E-Filing